# PERKINSCOIe

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

October 12, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021

Martin E. Gilmore
MGilmore@perkinscoie.com
D. +1.212.261.6814
F. +1.212.977.1640

**VIA ECF**

Judge Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *Bobcar Media LLC v. Deutsche Telekom AG et al.*, 1:21-cv-05685-AJN (S.D.N.Y.)

Dear Judge Nathan:

This firm represents T-Mobile USA, Inc. ("T-Mobile") in the above-referenced action. I write to request that T-Mobile and Samsung Electronics America, Inc. ("Samsung") be given a 60-day extension to move, answer, or otherwise respond to Plaintiff's complaint. Defendants T-Mobile and Samsung were served on September 21, making their responses due October 12. T-Mobile's and Samsung's respective foreign affiliates, Deutsche Telekom and Samsung Electronics Co. Ltd. have not yet been served. With the extension, the response date would be December 13. In addition, the Court has an initial pretrial conference scheduled for November 5, 2021; an adjournment of that date until after December 13 is respectfully requested as well. In terms of a new date for the conference, counsel for Plaintiff has advised us that he is unavailable for a conference from December 13 - January 3rd, due to a trial and subsequent travel plans overseas.

Granting the extension will allow the parties to attempt to negotiate a disposition for the foreign affiliates without burdening the court with motion practice. This is the first request for an extension of time to answer. Counsel for Plaintiff has consented to the extension.

Respectfully submitted,

*/s/ Martin E. Gilmore*

Martin E. Gilmore

cc: counsel of record via ECF
    Timothy Jezek, in-house cou[nsel]

> Defendants' request to extend the deadline to file a response to December 13, 2021, is GRANTED. The conference scheduled for November 5, 2021, is adjourned to January 21, 2022, at 3:15 p.m.
>
> SO ORDERED.
>
> *Alison J. Nathan*
> 10/14/2021

Perkins Coie LLP