UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
BOBCAR MEDIA, LLC,

                                  **30-DAY ORDER**

                         Plaintiff,

           -against-                          21 Civ. 5685

T-MOBILE USA, INC., SAMSUNG
ELECTRONICS AMERICA, INC.,

                         Defendants.
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made in the Report of the Mediator, *see* Dkt. No. 99, it is hereby:

       ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

       SO ORDERED.

Dated:      December 2, 2024
               New York, New York                  /s/ Alvin K. Hellerstein
                                                                  _____
                                                                  ALVIN K. HELLERSTEIN
                                                                  United States District Judge